**Order filed, January 31, 2023.**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-22-00861-CV**

_____

**THE UNIVERSITY OF HOUSTON, Appellant**

**V.**

**KATE  KINGSBURY, Appellee**

---

**On Appeal from the 133rd District Court
Harris County, Texas
Trial Court Cause No. 2021-78359**

---

**ORDER**

The reporter's record in this case was due November 28, 2022.  *See* Tex. R. App. P. 35.1.  The court sent past due notice for the reporter's record on December 22, 2022. No response was received, and the record has not been filed with the court.  Because the reporter's record has not been filed timely, we issue the following order.

We order **Darlene Stein**, the court reporter, to file the record in this appeal **within 10 days** of the date of this order.

PER CURIAM

Panel Consists of Justices Zimmerer, Spain, and Hassan.